IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRANDON WADE QUALLS                                                                                    PLAINTIFF

v.                    Civil No. 4:21-cv-04017

WARDEN JEFFIE WALKER, Miller County Detention
Center ("MCDC"); CAPTAIN GOLDEN ADAMS,
MCDC; HEAD NURSE STEVEN KING, Southern
Health Partners, Inc.; and SHERIFF JACKIE RUNION,
Miller County                                                                                          DEFENDANTS

## ORDER

Plaintiff Brandon Wade Qualls filed this 42 U.S.C. § 1983 on March 9, 2021. (ECF No. 1). In response to this Court's order, Plaintiff filed an Amended Complaint on March 24, 2021. (ECF No. 7). Before the Court is a Motion for Subpoena and a Motion to Preserve Video Footage filed by Plaintiff. (ECF Nos. 8, 9). The Court has not yet ordered service on any Defendant and therefore no response is necessary to rule on the motions.

In his first motion Plaintiff asks the Court to subpoena "video footage of the requested incident and all grievances/request and photographs." (ECF No. 8). In the second motion, Plaintiff asks the Court to order Defendants to preserve "all video on the dates of 2-11-2021, 2-12-2021, 2-15-2021, 2-18-21, and 2-26-21…" (ECF No. 9).

Each of Plaintiff's motions are premature because none of the Defendants have been served with the Amended Complaint. In addition, Plaintiff is advised that before seeking assistance from the Court for a subpoena Plaintiff must first attempt to obtain information, documents, and video footage on his own from Defendants.

Accordingly, Plaintiff's Motion for Subpoena (ECF No. 8) and Motion to Preserve Video Footage (ECF No. 9) are **DENIED.**

**IT IS SO ORDERED THIS 25th day of March 2021.**

/s/ Barry A. Bryant

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE